UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY and S&R EGG FARM, INC.,**
                                 **Plaintiffs,**

v.                                                                   Case No. 15-cv-1362

**MUNTERS CORPORATION and
ZURICH AMERICAN INSURANCE COMPANY,**
                                 **Defendants.**
_____

## ORDER

Plaintiffs in this product liability case have filed a motion requesting leave to file an amended complaint adding a new defendant. Plaintiffs represent that defendants do not oppose this request, and so I will grant it.

Plaintiffs also request that I vacate the current scheduling order and set a new discovery schedule once the new defendant has been served. Again, plaintiffs represent that defendants do not oppose this, so I will grant this request as well. Once all defendants, including the new defendant, have answered the complaint, I will schedule a telephonic conference for the purpose of setting a new scheduling order in this case.

**THEREFORE, IT IS ORDERED** that plaintiffs' motion for leave to file an amended complaint (ECF No. 15) is **GRANTED**. Plaintiffs shall file an amended complaint within **5 days** of this order.

**IT IS FURTHER ORDERED** that plaintiffs' motion to amend the scheduling order (ECF No. 15) is **GRANTED**. The current scheduling order is vacated, and a new schedule will be set once all defendants have answered the amended complaint.

Dated at Milwaukee, Wisconsin, this 7th day of July, 2016.

                                                                                          s/ Lynn Adelman
                                                                                          _____
                                                                                          LYNN ADELMAN
                                                                                         District Judge